1  Perry R. Clark, State Bar No. 197101
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, CA  94104
3  Telephone:  (415) 439-1400
   Facsimile:   (415) 439-1500
4  pclark@kirkland.com

5  Attorneys For Defendants
   AMERICAN EXPRESS COMPANY and
6  AMERICAN EXPRESS TRAVEL RELATED
   SERVICES COMPANY, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN FRANCISCO DIVISION**

11

12 | PRIVASYS, INC., | NO. C 08 1072 WDB |
   |---|---|
13 |  | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS AMERICAN EXPRESS COMPANY AND AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
   | Plaintiff, |  |
14 |  |  |
   | v. |  |
15 |  |  |
   | AMERICAN EXPRESS COMPANY and |  |
16 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., |  |
17 |  |  |
   | Defendants. |  |
18

19        Pursuant to Civil Local Rules 6-1 and 7-12, Plantiff PrivaSys, Inc. ("Plaintiff") and

20 Defendants American Express Company and American Express Travel Related Services Company,

21 Inc. (collectively "Defendants"), by and through counsel, hereby stipulate as follows:

22        WHEREAS on February 22, 2008, Plaintiff filed its Complaint;

23        WHEREAS on April 1, 2008, Defendants were served the Complaint;

24        WHEREAS Defendants have requested a one-month extension of time to answer or

25 otherwise respond to the Complaint and Plaintiff has agreed;

26        NOW THEREFORE the parties through their undersigned counsel hereby stipulate as

27 follows:

28        Defendants shall file and serve their answers or other responses to the Complaint on or

STIPULATION AND [PROPOSED] ORDER                                            Case No. C 08 1072 WDB
EXTENDING TIME TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT

1 | before May 21, 2008.

**IT IS SO STIPULATED:**

Dated:  April 14, 2008                               KIRKLAND & ELLIS LLP


                                                     By: __/s/ Perry Clark_____
                                                         Perry R. Clark

                                                     Attorneys for Defendants
                                                     AMERICAN EXPRESS COMPANY and
                                                     AMERICAN EXPRESS TRAVEL RELATED
                                                     SERVICES COMPANY, INC.

Dated:  April 14, 2008                               HOSIE RICE LLP


                                                     By: __/s/ Spencer Hosie_____
                                                         Spencer Hosie

                                                     Attorneys for Plaintiff PRIVASYS, INC.

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within the e-filed document.


Date:  April _14, 2008                               /s/ Perry Clark
                                                     Perry R. Clark

STIPULATION AND [PROPOSED] ORDER             -2-                    Case No. C 08 1072 WDB
EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PRIVASYS, INC.,<br><br>                    PLAINTIFF,<br><br>V.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>                    DEFENDANTS. | Case No. C 08 1072 WDB<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS AMERICAN EXPRESS COMPANY AND AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that Defendants American Express Company and American Express Travel Related Services Company, Inc. shall file or serve their answers or otherwise respond to the Complaint on or before May 21, 2008.

**IT IS SO ORDERED**.

DATED: _____        _____
                                                    The Honorable Wayne D. Brazil