UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

PRIVASYS, INC.,

          PLAINTIFF,

V.

AMERICAN EXPRESS COMPANY and
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.,

          DEFENDANTS.

Case No. C 08 1072 WDB

[~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS AMERICAN EXPRESS COMPANY AND AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that Defendants American Express Company and American Express Travel Related Services Company, Inc. shall file or serve their answers or otherwise respond to the Complaint on or before May 21, 2008.

IT IS SO ORDERED.

DATED: 4/15/08

The Honorable Wayne D. Brazil