SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

*Attorneys for Plaintiff*
*PRIVASYS, INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PRIVASYS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>    Defendants. | Case No. C-08-01072 SI<br><br>**CERTIFICATE OF SERVICE** |

I, Janine DeAndre, am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Hosie Rice LLP, One Market, Spear Tower, 22nd Floor, San Francisco, California, 94105.

On April 25, 2008, I served the following attached

- **NOTICE AND CASE MANAGEMENT CONFERENCE ORDER**
- **RELATED CASE ORDER**

Electronic Mail and U.S. Mail at San Francisco, California, addressed to the following parties:

| | |
|---|---|
| Peter J. Armenio | Perry R. Clark |
| Kirkland & Ellis LLP | Kirkland & Ellis LLP |
| 153 East 53rd Street | 555 California Street |
| New York, NY  10022 | San Francisco, CA  94104 |
| parmenio@kirkland.com | pclark@kirkland.com |

*Attorneys for American Express Company, American Express Travel Related Services Company, Inc.*

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  April 25, 2008

                                                ____/s/ Janine DeAndre_____
                                                      Janine DeAndre