Clerk's Use Only

Initial for fee pd.:

Peter Armenio
Kirkland & Ellis LLP
Citigroup Ctr., 153 East 53rd Street
New York, NY 10022
(212) 446-4800



FILED

APR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Privasys, Inc.

Plaintiff(s),

v.

American Express Company and
American Express Travel Related Services Company, Inc.
Defendant(s).

CASE NO. C 08-1072 SI

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Peter Armenio, an active member in good standing of the bar of US District Court for the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing American Express Company et. al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Perry Clark
Kirkland & Ellis LLP
555 California St., Suite 2700
San Francisco, CA 94104
(415) 439-1400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/15/08

RECEIVED

APR 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Privasys, Inc.

Plaintiff(s),

v.

American Express Company and American Express Travel Related Services Company, Inc.

Defendant(s).

CASE NO. C08-1072 ~~WDB~~ SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Peter Armenio , an active member in good standing of the bar of US District Court for the Southern District NY whose business address and telephone number (particular court to which applicant is admitted) is Kirkland & Ellis LLP
Citigroup Center, 153 East 53rd Street
New York, NY 10022-4611
(212)446-4800 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

United States District       Judge

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611002127
Cashier ID: lenahac
Transaction Date: 04/28/2008
Payer Name: Kirkland Ellis LLP

PRO HAC VICE
 For: Peter Armenio
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 44103978
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-08-1072-WDB


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```