**RECEIVED**
APR 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

[Reset Form]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Privasys, Inc.

Plaintiff(s),
v.
American Express Company and American Express Travel Related Services Company, Inc.

Defendant(s).

CASE NO. C-08-1072-SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

John Spaccarotella , an active member in good standing of the bar of US District Court for the Southern District NY whose business address and telephone number (particular court to which applicant is admitted) is Kirkland & Ellis LLP
Citigroup Center, 153 East 53rd Street
New York, NY 10022-4611
(212)446-4800
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

*/s/ Susan Illston*

United States ~~Magistrate~~ Judge