RECEIVED
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

OAKLAND DIVISION

Privasys, Inc.

              Plaintiff(s),

v.

American Express Company and American Express Travel Related Services Company, Inc.

              Defendant(s).

CASE NO. C08-1072 WDB SI

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Peter Armenio , an active member in good standing of the bar of US District Court for the Southern District NY (particular court to which applicant is admitted) whose business address and telephone number is Kirkland & Ellis LLP
Citigroup Center, 153 East 53rd Street
New York, NY 10022-4611
(212)446-4800
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

                                             United States District Judge