1  Perry R. Clark California Bar No. 197101
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, CA  94104
3  Telephone:  (415) 439-1400
   Facsimile:   (415) 439-1500
4  pclark@kirkland.com

5  Peter J. Armenio
   John C. Spaccarotella
6  Admitted *Pro Hac Vice*
   KIRKLAND & ELLIS LLP
7  153 East 53rd Street
   New York, NY  10022
8  Telephone:  (212) 446-4800
9  Facsimile:   (212) 446-4900
   parmenio@kirkland.com
10 jspaccarotella@kirkland.com

11 Attorneys For Defendants
   AMERICAN EXPRESS COMPANY and
12 AMERICAN EXPRESS TRAVEL RELATED
   SERVICES COMPANY, INC.
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                           **SAN FRANCISCO DIVISION**

17

18 | PRIVASYS, INC.,                           | NO. C 08 1072 SI

19 |                                           | **STIPULATION AND [PROPOSED] ORDER
20 |                     Plaintiff,            | EXTENDING TIME FOR DEFENDANTS
   |                                           | AMERICAN EXPRESS COMPANY AND
21 |         v.                                | AMERICAN EXPRESS TRAVEL RELATED
   |                                           | SERVICES COMPANY INC. TO ANSWER
22 | AMERICAN EXPRESS COMPANY and              | OR OTHERWISE RESPOND TO THE
   | AMERICAN EXPRESS TRAVEL RELATED           | COMPLAINT**
23 | SERVICES COMPANY, INC.,

24 |                     Defendants.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                    Case No. C 08 1072 SI
EXTENDING TIME TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT

1    Pursuant to Civil Local Rules 6-1 and 7-12, Plantiff PrivaSys, Inc. ("Plaintiff") and Defendants American Express Company and American Express Travel Related Services Company, Inc. (collectively "Defendants"), by and through counsel, hereby stipulate as follows:

WHEREAS on February 22, 2008, Plaintiff filed its Complaint;

WHEREAS on April 1, 2008, Defendants were served the Complaint;

WHEREAS on April 14, 2008, the parties agreed to a one-month extension for the Defendants to respond to the Complaint by May 21, 2008;

WHEREAS the Plaintiff and Defendants have been engaged, and are still engaging, in potential settlement discussions;

WHEREAS the Defendants have requested a further two-week extension of time to answer or otherwise respond to the Complaint and Plaintiff has agreed;

NOW THEREFORE the parties through their undersigned counsel hereby stipulate as follows:

Defendants shall file and serve their answers or other responses to the Complaint on or before June 4, 2008.

**IT IS SO STIPULATED:**

Dated: May 21, 2008                KIRKLAND & ELLIS LLP

By: ___/s/ John C. Spaccarotella_____
John C. Spaccarotella

Attorneys for Defendants
AMERICAN EXPRESS COMPANY and
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.

Dated: May 21, 2008                HOSIE RICE LLP

By: ___/s/ Spencer Hosie_____
Spencer Hosie

Attorneys for Plaintiff PRIVASYS, INC.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT        -2-        Case No. C 08 1072 SI

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/S/) within the e-filed document.

3

4  Date: May 21, 2008                    _____/s/ John C. Spaccarotella_____
                                                          John C. Spaccarotella
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER           -3-                    Case No. C 08 1072 SI
EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT

# **ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that Defendants American Express Company and American Express Travel Related Services Company, Inc. shall file or serve their answers or otherwise respond to the Complaint on or before June 4, 2008.

**IT IS SO ORDERED**.

DATED: _____          _____
                                        The Honorable Susan Illston