Perry R. Clark California Bar No. 197101
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
pclark@kirkland.com

Peter J. Armenio
John C. Spaccarotella
Admitted *Pro Hac Vice*
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
parmenio@kirkland.com
jspaccarotella@kirkland.com

Attorneys For Defendants
AMERICAN EXPRESS COMPANY and
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and<br>AMERICAN EXPRESS TRAVEL RELATED<br>SERVICES COMPANY, INC.,<br><br>    Defendants. | NO. C 08 1072 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS AMERICAN EXPRESS COMPANY AND AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

1  Pursuant to Civil Local Rules 6-1 and 7-12, Plantiff PrivaSys, Inc. ("Plaintiff") and
2  Defendants American Express Company and American Express Travel Related Services Company,
3  Inc. (collectively "Defendants"), by and through counsel, hereby stipulate as follows:
4  WHEREAS on February 22, 2008, Plaintiff filed its Complaint;
5  WHEREAS on April 1, 2008, Defendants were served the Complaint;
6  WHEREAS on April 14, 2008, the parties agreed to a one-month extension for the
7  Defendants to respond to the Complaint by May 21, 2008;
8  WHEREAS the Plaintiff and Defendants have been engaged, and are still engaging, in
9  potential settlement discussions;
10 WHEREAS the Defendants have requested a further two-week extension of time to answer
11 or otherwise respond to the Complaint and Plaintiff has agreed;
12 NOW THEREFORE the parties through their undersigned counsel hereby stipulate as
13 follows:
14 Defendants shall file and serve their answers or other responses to the Complaint on or
15 before June 4, 2008.

16 **IT IS SO STIPULATED:**

17 Dated:  May 21, 2008                    KIRKLAND & ELLIS LLP
18
19                                         By: ___/s/ John C. Spaccarotella_____
                                                 John C. Spaccarotella
20
21                                         Attorneys for Defendants
                                           AMERICAN EXPRESS COMPANY and
22                                         AMERICAN EXPRESS TRAVEL RELATED
                                           SERVICES COMPANY, INC.
23
24 Dated:  May 21, 2008                    HOSIE RICE LLP
25
26                                         By: ___/s/ Spencer Hosie_____
                                                 Spencer Hosie
27
                                           Attorneys for Plaintiff PRIVASYS, INC.
28

STIPULATION AND [PROPOSED] ORDER           -2-                      Case No. C 08 1072 SI
EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT

1     I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2 "conformed" signature (/S/) within the e-filed document.

3

4 Date: May 21, 2008                                /s/ John C. Spaccarotella
5                                                     John C. Spaccarotella

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that Defendants American Express Company and American Express Travel Related Services Company, Inc. shall file or serve their answers or otherwise respond to the Complaint on or before June 4, 2008.

**IT IS SO ORDERED**.

DATED: _____     _____
                                   The Honorable Susan Illston