Perry R. Clark California Bar No. 197101
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
pclark@kirkland.com

Peter J. Armenio
John C. Spaccarotella
Admitted *Pro Hac Vice*
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
parmenio@kirkland.com
jspaccarotella@kirkland.com

Attorneys For Defendants
AMERICAN EXPRESS COMPANY and
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PRIVASYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., <br><br> Defendants. | NO. C 08 1072 SI <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS AMERICAN EXPRESS COMPANY AND AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

1    Pursuant to Civil Local Rules 6-1 and 7-12, Plantiff PrivaSys, Inc. ("Plaintiff") and
2 Defendants American Express Company and American Express Travel Related Services Company,
3 Inc. (collectively "Defendants"), by and through counsel, hereby stipulate as follows:
4    WHEREAS on February 22, 2008, Plaintiff filed its Complaint;
5    WHEREAS on April 1, 2008, Defendants were served the Complaint;
6    WHEREAS on April 14, 2008, the parties agreed to a one-month extension for the
7 Defendants to respond to the Complaint by May 21, 2008;
8    WHEREAS on May 21, 2008, the parties agreed to a further two-week extension for the
9 Defendants to respond to the Complaint by June 4, 2008;
10    WHEREAS the Plaintiff and Defendants have been engaged, and are still engaging, in
11 potential settlement discussions;
12    WHEREAS the Plaintiff and Defendants have agreed to a further two-week extension of time
13 for Defendants to answer or otherwise respond to the Complaint;
14    NOW THEREFORE the parties through their undersigned counsel hereby stipulate as
15 follows:
16    Defendants shall file and serve their answers or other responses to the Complaint on or
17 before June 18, 2008.

**IT IS SO STIPULATED:**

Dated: June 3, 2008                                KIRKLAND & ELLIS LLP


                                                   By: ___/s/ John C. Spaccarotella_____
                                                        John C. Spaccarotella

                                                   Attorneys for Defendants
                                                   AMERICAN EXPRESS COMPANY and
                                                   AMERICAN EXPRESS TRAVEL RELATED
                                                   SERVICES COMPANY, INC.

1 | Dated: June 3, 2008                                HOSIE RICE LLP

                                                By:    /s/ Spencer Hosie
                                                       Spencer Hosie

                                                Attorneys for Plaintiff PRIVASYS, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within the e-filed document.

Date: June 3, 2008                                     /s/ John C. Spaccarotella
                                                       John C. Spaccarotella

STIPULATION AND [PROPOSED] ORDER            -3-                    Case No. C 08 1072 SI
EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT

**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that Defendants American Express Company and American Express Travel Related Services Company, Inc. shall file or serve their answers or otherwise respond to the Complaint on or before June 18, 2008.

**IT IS SO ORDERED**.

DATED: _____        _____
                                    The Honorable Susan Illston