1  Perry R. Clark California Bar No. 197101
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, CA  94104
3  Telephone:  (415) 439-1400
   Facsimile:   (415) 439-1500
4  pclark@kirkland.com

5  Peter J. Armenio
   John C. Spaccarotella
6  Admitted *Pro Hac Vice*
   KIRKLAND & ELLIS LLP
7  153 East 53rd Street
   New York, NY  10022
8  Telephone:  (212) 446-4800
9  Facsimile:   (212) 446-4900
   parmenio@kirkland.com
10 jspaccarotella@kirkland.com

11 Attorneys For Defendants
   AMERICAN EXPRESS COMPANY and
12 AMERICAN EXPRESS TRAVEL RELATED
   SERVICES COMPANY, INC.
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                         **SAN FRANCISCO DIVISION**

17

18  PRIVASYS, INC.,                              NO. C 08 1072 SI

19                                               **STIPULATION AND [PROPOSED] ORDER**
                           Plaintiff,            **EXTENDING TIME FOR DEFENDANTS**
20                                               **AMERICAN EXPRESS COMPANY AND**
                    v.                           **AMERICAN EXPRESS TRAVEL RELATED**
21                                               **SERVICES COMPANY INC. TO ANSWER**
    AMERICAN EXPRESS COMPANY and                 **OR OTHERWISE RESPOND TO THE**
22  AMERICAN EXPRESS TRAVEL RELATED              **COMPLAINT**
    SERVICES COMPANY, INC.,
23
                           Defendants.
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                  Case No. C 08 1072 SI
EXTENDING TIME TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT

1   Pursuant to Civil Local Rules 6-1 and 7-12, Plantiff PrivaSys, Inc. ("Plaintiff") and
2  Defendants American Express Company and American Express Travel Related Services Company,
3  Inc. (collectively "Defendants"), by and through counsel, hereby stipulate as follows:
4   WHEREAS on February 22, 2008, Plaintiff filed its Complaint;
5   WHEREAS on April 1, 2008, Defendants were served the Complaint;
6   WHEREAS on April 14, 2008, the parties agreed to a one-month extension for the
7  Defendants to respond to the Complaint by May 21, 2008;
8   WHEREAS on May 21, 2008, the parties agreed to a further two-week extension for the
9  Defendants to respond to the Complaint by June 4, 2008;
10   WHEREAS the Plaintiff and Defendants have been engaged, and are still engaging, in
11  potential settlement discussions;
12   WHEREAS the Plaintiff and Defendants have agreed to a further two-week extension of time
13  for Defendants to answer or otherwise respond to the Complaint;
14   NOW THEREFORE the parties through their undersigned counsel hereby stipulate as
15  follows:
16   Defendants shall file and serve their answers or other responses to the Complaint on or
17  before June 18, 2008.

**IT IS SO STIPULATED:**

Dated:  June 3, 2008                              KIRKLAND & ELLIS LLP


                                                  By: ___/s/ John C. Spaccarotella_____
                                                         John C. Spaccarotella

                                                  Attorneys for Defendants
                                                  AMERICAN EXPRESS COMPANY and
                                                  AMERICAN EXPRESS TRAVEL RELATED
                                                  SERVICES COMPANY, INC.

1 | Dated: June 3, 2008 HOSIE RICE LLP

By: ___/s/ Spencer Hosie_____
        Spencer Hosie

Attorneys for Plaintiff PRIVASYS, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within the e-filed document.

Date: June 3, 2008 _____/s/ John C. Spaccarotella_____
        John C. Spaccarotella

STIPULATION AND [PROPOSED] ORDER     -3-     Case No. C 08 1072 SI
EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT

1 **ORDER**

3  Good cause appearing therefore, IT IS HEREBY ORDERED that Defendants American Express Company and American Express Travel Related Services Company, Inc. shall file or serve their answers or otherwise respond to the Complaint on or before June 18, 2008.

**IT IS SO ORDERED**.

DATED: _____    _____
                                       The Honorable Susan Illston