Perry R. Clark, California Bar No. 197101
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
pclark@kirkland.com

Peter J. Armenio
John C. Spaccarotella
Admitted *Pro Hac Vice*
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
parmenio@kirkland.com
jspaccarotella@kirkland.com

Attorneys For Defendants
AMERICAN EXPRESS COMPANY and
AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PRIVASYS, INC., | CIVIL ACTION NO. 08 CV 1072 SI |
| Plaintiff, | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES** |
| v. | |
| AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., | |
| Defendants. | |

1  Defendants American Express Company and American Express Travel Related Services
2  Company, Inc. (collectively "American Express") hereby submit their certification of interested
3  entities or persons as follows.
4  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
5  associations of persons, firms, partnerships, corporations (including parent corporations) or other
6  entities (i) have a financial interest in the subject matter in controversy or in a party to the
7  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
8  substantially affected by the outcome of this proceeding:
9  American Express Travel Related Services Company, Inc. is a wholly owned subsidiary of
10 American Express Company.  American Express Company has a financial interest in this litigation.
11 Berkshire Hathaway, Inc. owns 10% or more of stock in American Express Company and
12 has a financial interest in this litigation.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' CERTIFICATION OF            -2-                Civil Action No. 08 CV 1072 SI
INTERESTED ENTITIES

| | |
|---|---|
| DATED: June 18, 2008 | Respectfully submitted by, |
| | By: /s/ Perry R. Clark_____ |
| |        Perry R. Clark |

Perry R. Clark
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone:  (415) 439-1400
Facsimile:   (415) 439-1500
pclark@kirkland.com

Peter J. Armenio
John C. Spaccarotella
Admitted *Pro Hac Vice*
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY  10022
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900
parmenio@kirkland.com
jspaccarotella@kirkland.com

Attorneys for Defendants
AMERICAN EXPRESS COMPANY and
AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY, INC.