1  Perry R. Clark, California Bar No. 197101
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, CA  94104
3  Telephone:  (415) 439-1400
   Facsimile:   (415) 439-1500
4  pclark@kirkland.com

5  Peter J. Armenio (Admitted *Pro Hac Vice*)
   John C. Spaccarotella (Admitted *Pro Hac Vice*)
6  KIRKLAND & ELLIS LLP
   153 East 53rd Street
7  New York, NY  10022
   Telephone:  (212) 446-4800
8  Facsimile:   (212) 446-4900
9  parmenio@kirkland.com
   jspaccarotella@kirkland.com

Attorneys For Defendants
AMERICAN EXPRESS COMPANY and
AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC., | CIVIL ACTION NO. 08 CV 1072 SI |
|  | **PROOF OF SERVICE** |
| Plaintiff, | |
| v. | |
| AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., | |
| Defendants. | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the following documents via the Court's CM/ECF system on June 18, 2008:

1. Defendants' Certification of Interested Parties

2. Defendants' Answer, Counterclaims and Demand for Jury Trial

| | |
|---|---|
| George F. Bishop<br>Spencer Hosie<br>Bruce Wecker<br><br>**HOSIE RICE LLP**<br>One Market, Spear Street Tower<br>22nd Floor<br>San Francisco, CA 94105<br>Telephone:  (415) 247-6000<br>Fax:  (415) 247-6001<br>gbishop@hosielaw.com<br>bwecker@hosielaw.com<br>shosie@hosielaw.com | Robert J. Yorio<br><br>**CARR & FERRELL LLP**<br>2200 Geng Road<br>Palo Alto, CA 94303<br>Telephone:  (650) 812-3400<br>Fax:  (650) 812-3444<br>yorio@carrferrell.com<br><br>Attorneys for PRIVASYS, INC. |

Attorneys for PRIVASYS, INC.

I declare under the penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED: <u>June 18, 2008</u>

/s/ Perry Clark<br>
Perry Clark<br>
Attorneys for AMERICAN EXPRESS TRAVEL<br>
RELATED SERVICES COMPANY, INC.