**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/11/08

Case No.   C-08-1072 SI          Judge:   SUSAN ILLSTON

Title: PRIVASYS, INC., -v- AMERICAN EXPRESS

Attorneys: S. Hoise          P. Clark

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                     PART

Case continued to **11/14/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **3/11/09 @ 3:30 p.m.** for Markman Hearing (no tutorial)(two hours)

Case continued to     @ **9:00 a.m.**    for Motions
(Motion due , Opposition  Reply )

Case continued to     @ **3:30 p.m.**    for Pretrial Conference

Case continued to     @ **8:30 a.m.**    for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:


| | |
|---|---|
| 9/4/08 | Disclosure of Asserted Claims and Preliminary Infringement Contentions (Pat.L.R. 3-1 &2) by deft. and production of documents |
| 7/21/08 | Serve Preliminary Invalidity Contentions (Pat.L.R. 3-3 &4) by pltf.and production of documents |
| 9/15/08 | Parties Exchange Proposed Terms & Claim Elements (Pat.L.R. 4-1) |

| | |
|---|---|
| 10/6/08 | Parties Exchange Preliminary Claim Construction & Extrinsic Evidence (Pat.L.R. 4-2) |
| 11/3/08 | File Joint Claim Construction & Prehearing Statement (Pat.L.R. 4-3) |
| 12/18/08 | Completion of Claim Construction Discovery (Pat.L.R. 4-4) |
| 1/16/09 | File Opening Brief on Claim Construction (Pat.L.R. 4-5) |
| 2/13/09 | File Responsive Brief on Claim Construction (Pat.L.R. 4-5) |
| 2/27/09 | Reply Brief on Claim Construction |