1  SPENCER HOSIE (CA Bar No. 101777) shosie@hosielaw.com
   BRUCE WECKER (CA Bar No. 078530)
2  bwecker@hosielaw.com
   GEORGE F. BISHOP (CA Bar No. 89205)
3  gbishop@hosielaw.com
4  HOSIE RICE LLP
   One Market, 22nd Floor
5  San Francisco, CA 94105
   (415) 247-6000 Tel.
6  (415) 247-6001 Fax

7  ROBERT J. YORIO (CA Bar No. 93178)
8  yorio@carrferrell.com
   CARR & FERRELL LLP
9  2200 Geng Road
   Palo Alto, CA  94303
10 (650) 812-3400 Tel.
   (650) 812-3444 Fax
11

12 *Attorneys for Plaintiff*
   *PRIVASYS, INC.*
13

14                UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
15                     SAN FRANCISCO DIVISION

16

17 PRIVASYS, INC.
                                              Case No. C-08-01072 SI
18            Plaintiff,

19 v.                                         **STIPULATED REQUEST TO**
                                              **RESCHEDULE LITIGATION DATES**
20
   AMERICAN EXPRESS COMPANY and
21 AMERICAN EXPRESS TRAVEL RELATED
   SERVICES COMPANY, INC.,
22
23            Defendants.

24
25
26
27
28

STIPULATED REQUEST TO RESCHEDULE                              Case No. C-08-01072 SI
LITIGATION DATES

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff PrivaSys, Inc. ("Plaintiff") and
2  Defendants American Express Company and American Express Travel Related Services
3  Company, Inc. ("Defendants"), hereby stipulate through their respective counsel of record as
4  follows:

5  WHEREAS the Case Management Conference in this case was held on July 11, 2008, as
6  the result of which litigation dates were ordered by the Court;

7  WHEREAS, notwithstanding the recent occurrence of the Case Management Conference
8  and resulting order, the parties believe that an extension of litigation dates is appropriate for the
9  following reasons:  The parties are engaged in settlement discussions, and believe that an
10  extension of dates may aid the parties in their efforts to resolve this litigation and may
11  economize on the resources of the Court and of the parties; and

12  WHEREAS it appears to the parties that the Court's order following the Case
13  Management Conference, set forth in the Court's July 11, 2008 Civil Pretrial Minutes, includes
14  two typographical errors, in that the Minutes state "9/4/08" is the date for "Disclosure of
15  Asserted Claims and Preliminary Infringement Contentions by deft. and Production of
16  Documents" (when the parties had stipulated to a date of July 21, 2008 for these matters and the
17  Court indicated its approval at the July 11, 2008 Case Management Conference); and the
18  Minutes further state that "7/21/08" is the date to "Serve Preliminary Invalidity Contentions by
19  pltf. and production of documents" (when the parties had stipulated to a date of September 4,
20  2008 for these matters and the Court indicated its approval at the July 11, 2008 Case
21  Management Conference); and

22  WHEREAS no previous extensions of time have been granted in this case and no trial
23  date has yet been set;

STIPULATED REQUEST TO RESCHEDULE         1                    Case No. C-08-01072 SI
LITIGATION DATES

1
2   NOW THEREFORE the parties through their undersigned counsel hereby stipulate to,
3   and request the Court to order, the continuance of litigation dates by three weeks as set forth in
4   the proposed order attached hereto.  Concerning the November 14, 2008 date now set for
5   Further Case Management Conference, the parties do not see a need to continue it, and therefore
6   do not request a continuance as to it.  Concerning the March 11, 2009 date now set for the
7   Markman hearing, the parties request that the Court re-schedule it for April 1, 2009 or as soon
8   thereafter as is convenient for the Court.

9   **IT IS SO STIPULATED**

10  DATED:  July 18, 2008                             HOSIE RICE LLP

11                                                   By:  _/s/ George F. Bishop_____
12                                                        George F. Bishop

13                                                   *Attorneys for Plaintiff PrivaSys, Inc.*

14
15  DATED:  July 18, 2008                             KIRKLAND AND ELLIS LLP

16                                                   By:  _/s/ Perry Clark_____
17                                                        Perry Clark

18                                                   *Attorneys for Defendant American Express
                                                     Company and American Express Travel
19                                                   Related Services Company, Inc.*

20  I hereby attest pursuant to General Order 45.X.B. that concurrence in the
21  electronic filing of this document has been obtained from the other signatories.
22  DATED:   July 18, 2008

23                                                        _/s/ George F. Bishop_____
                                                          George F. Bishop
24
25
26
27
28

# ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that the compliance dates set forth in the Court's Civil Pretrial Minutes, dated July 11, 2008, are continued to the dates set forth below.

| Date | Event |
|---|---|
| 8/11/08 | Disclosure of Asserted Claims and Preliminary Infringement Contentions (Pat.L.R. 3-1 &2) by plaintiff and production of documents |
| 9/25/08 | Serve Preliminary Invalidity Contentions (Pat.L.R. 3-3 &4) by defendant and production of documents |
| 10/6/08 | Parties Exchange Proposed Terms & Claim Elements (Pat.L.R. 4-1) |
| 10/27/08 | Parties Exchange Preliminary Claim Construction & Extrinsic Evidence (Pat.L.R. 4-2) |
| 11/24/08 | File Joint Claim Construction & Prehearing Statement |
| 1/8/09 | Completion of Claim Construction Discovery (Pat.L.R. 4-4) |
| 2/6/09 | File Opening Brief on Claim Construction (Pat.L.R. 4-5) |
| 3/6/09 | File Responsive Brief on Claim Construction (Pat.L.R. 4-5) |
| 3/20/09 | Reply Brief on Claim Construction |
| November 14, 2008 @ 2:30 p.m. | Further Case Management Conference |
| April 1, 2009 [or date to be set by the Court] | Markman Hearing |

**SO ORDERED**

July \_\_\_\_, 2008

_____
Honorable Susan Illston
United States District Judge

STIPULATED REQUEST TO RESCHEDULE LITIGATION DATES      3      Case No. C-08-01072 SI