1  SPENCER HOSIE (CA Bar No. 101777) shosie@hosielaw.com
2  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (CA Bar No. 89205)
   gbishop@hosielaw.com
4  HOSIE RICE LLP
   One Market, 22nd Floor
5  San Francisco, CA 94105
   (415) 247-6000 Tel.
6  (415) 247-6001 Fax

7  ROBERT J. YORIO (CA Bar No. 93178)
8  yorio@carrferrell.com
   CARR & FERRELL LLP
9  2200 Geng Road
   Palo Alto, CA  94303
10  (650) 812-3400 Tel.
   (650) 812-3444 Fax
11

12  *Attorneys for Plaintiff*
   *PRIVASYS, INC.*
13

14
                    UNITED STATES DISTRICT COURT
15           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
16

17  PRIVASYS, INC.
                                          Case No. C-08-01072 SI
18            Plaintiff,
                                          **STIPULATED REQUEST TO**
19  v.                                    **RESCHEDULE LITIGATION DATES**
20
   AMERICAN EXPRESS COMPANY and
21  AMERICAN EXPRESS TRAVEL RELATED
   SERVICES COMPANY, INC.,
22
23            Defendants.

24

25

26

27

28

STIPULATED REQUEST TO RESCHEDULE                     Case No. C-08-01072 SI
LITIGATION DATES

1      Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff PrivaSys, Inc. ("Plaintiff") and

2   Defendants American Express Company and American Express Travel Related Services

3   Company, Inc. ("Defendants"), hereby stipulate through their respective counsel of record as

4   follows:

5      WHEREAS the Case Management Conference in this case was held on July 11, 2008, as

6   the result of which litigation dates were ordered by the Court;

7      WHEREAS, notwithstanding the recent occurrence of the Case Management Conference

8   and resulting order, the parties believe that an extension of litigation dates is appropriate for the

9   following reasons:  The parties are engaged in settlement discussions, and believe that an

10  extension of dates may aid the parties in their efforts to resolve this litigation and may

11  economize on the resources of the Court and of the parties; and

12     WHEREAS it appears to the parties that the Court's order following the Case

13  Management Conference, set forth in the Court's July 11, 2008 Civil Pretrial Minutes, includes

14  two typographical errors, in that the Minutes state "9/4/08" is the date for "Disclosure of

15  Asserted Claims and Preliminary Infringement Contentions by deft. and Production of

16  Documents" (when the parties had stipulated to a date of July 21, 2008 for these matters and the

17  Court indicated its approval at the July 11, 2008 Case Management Conference); and the

18  Minutes further state that "7/21/08" is the date to "Serve Preliminary Invalidity Contentions by

19  pltf. and production of documents" (when the parties had stipulated to a date of September 4,

20  2008 for these matters and the Court indicated its approval at the July 11, 2008 Case

21  Management Conference); and

22     WHEREAS no previous extensions of time have been granted in this case and no trial

23  date has yet been set;

24

25

26

27

28

STIPULATED REQUEST TO RESCHEDULE              1                    Case No. C-08-01072 SI
LITIGATION DATES

1

2          NOW THEREFORE the parties through their undersigned counsel hereby stipulate to,

3    and request the Court to order, the continuance of litigation dates by three weeks as set forth in

4    the proposed order attached hereto.  Concerning the November 14, 2008 date now set for

5    Further Case Management Conference, the parties do not see a need to continue it, and therefore

6    do not request a continuance as to it.  Concerning the March 11, 2009 date now set for the

7    Markman hearing, the parties request that the Court re-schedule it for April 1, 2009 or as soon

8    thereafter as is convenient for the Court.

9    **IT IS SO STIPULATED**

10   DATED:  July 18, 2008                          HOSIE RICE LLP

11                                                  By:   /s/ George F. Bishop
                                                         George F. Bishop
12

13                                                  *Attorneys for Plaintiff PrivaSys, Inc.*

14

15   DATED:  July 18, 2008                          KIRKLAND AND ELLIS LLP

16                                                  By:   /s/ Perry Clark
                                                         Perry Clark
17

18                                                  *Attorneys for Defendant American Express*
                                                    *Company and American Express Travel*
19                                                  *Related Services Company, Inc.*

20          I hereby attest pursuant to General Order 45.X.B. that concurrence in the

21   electronic filing of this document has been obtained from the other signatories.

22   DATED:    July 18, 2008

23                                                       /s/ George F. Bishop
                                                         George F. Bishop
24

25

26

27

28

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the compliance dates set forth in the Court's Civil Pretrial Minutes, dated July 11, 2008, are continued to the dates set forth below.

| | |
|---|---|
| 8/11/08 | Disclosure of Asserted Claims and Preliminary Infringement Contentions (Pat.L.R. 3-1 &2) by plaintiff and production of documents |
| 9/25/08 | Serve Preliminary Invalidity Contentions (Pat.L.R. 3-3 &4) by defendant and production of documents |
| 10/6/08 | Parties Exchange Proposed Terms & Claim Elements (Pat.L.R. 4-1) |
| 10/27/08 | Parties Exchange Preliminary Claim Construction & Extrinsic Evidence (Pat.L.R. 4-2) |
| 11/24/08 | File Joint Claim Construction & Prehearing Statement |
| 1/8/09 | Completion of Claim Construction Discovery (Pat.L.R. 4-4) |
| 2/6/09 | File Opening Brief on Claim Construction (Pat.L.R. 4-5) |
| 3/6/09 | File Responsive Brief on Claim Construction (Pat.L.R. 4-5) |
| 3/20/09 | Reply Brief on Claim Construction |
| November 14, 2008 @ 2:30 p.m. | Further Case Management Conference |
| @ 3:30 p.m. | |
| April 1, 2009 [~~or date to be set by the Court~~ | Markman Hearing |

**SO ORDERED**

July ____, 2008

_____
Honorable Susan Illston
United States District Judge