1  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (CA Bar No. 89205)
   gbishop@hosielaw.com
4  HOSIE RICE LLP
5  One Market, 22nd Floor
   San Francisco, CA 94105
6  (415) 247-6000 Tel.
7  (415) 247-6001 Fax

8  ROBERT J. YORIO (CA Bar No. 93178)
   yorio@carrferrell.com
9  CARR & FERRELL LLP
10 2200 Geng Road
   Palo Alto, CA  94303
11 (650) 812-3400 Tel.
   (650) 812-3444 Fax
12
13 *Attorneys for Plaintiff*
   *PRIVASYS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC. <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., <br><br> Defendants. | Case No. C-08-01072 SI <br><br> **STIPULATED MOTION TO POSTPONE LITIGATION DATES AND PROPOSED ORDER** |

STIPULATED MOTION TO POSTPONE
LITIGATION DATES                                                                 Case No. C-08-01072 SI

1  The parties wish to inform the Court that they have arrived at an agreement in principle to settle this case, subject to execution of a final written settlement agreement. Therefore, pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff PrivaSys, Inc. ("Plaintiff") and Defendants American Express Company and American Express Travel Related Services Company, Inc. ("Defendants"), hereby stipulate through their respective counsel of record as follows:

WHEREAS a Case Management Conference in this case was held on July 11, 2008;

WHEREAS, on July 18, 2008 the parties filed a stipulated request to extend litigation dates, on the ground that the parties were engaged in settlement discussions, and the Court granted the stipulated order on July 22;

WHEREAS the parties, having continued settlement discussions, have now reached an agreement in principle to settle this case subject to execution of a final written settlement agreement, and have begun working on preparing the necessary documentation;

WHEREAS the litigation dates next approaching under the current case schedule are: August 11, 2008 for Disclosure of Asserted Claims and Preliminary Infringement Contentions by plaintiff and production of documents, and September 25, 2008 to Serve Preliminary Invalidity Contentions by defendants and production of documents; and

WHEREAS one previous extension of time has been granted in this case, as described above, and no trial date has yet been set;

STIPULATED MOTION TO POSTPONE LITIGATION DATES   1   Case No. C-08-01072 SI

NOW THEREFORE the parties through their undersigned counsel hereby stipulate to, and request the Court to order, the continuance of litigation dates by four weeks as set forth in the proposed order attached hereto.

**IT IS SO STIPULATED**

DATED: August 7, 2008                        HOSIE RICE LLP

                                             By:  */s/ George F. Bishop*
                                                    George F. Bishop

                                             *Attorneys for Plaintiff PrivaSys, Inc.*

DATED: August 7, 2008                        KIRKLAND AND ELLIS LLP

                                             By:  */s/ Perry Clark*
                                                    Perry Clark

                                             *Attorneys for Defendant American Express Company and American Express Travel Related Services Company, Inc.*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:   August 7, 2008

                                              */s/ George F. Bishop*
                                                George F. Bishop

STIPULATED REQUEST TO RESCHEDULE LITIGATION DATES        2        Case No. C-08-01072 SI

# ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that the compliance dates set forth in the Court's Order issued July 22, 2008, are continued to the dates set forth below.

| Date | Event |
|---|---|
| 9/8/08 | Disclosure of Asserted Claims and Preliminary Infringement Contentions (Pat.L.R. 3-1 &2) by plaintiff and production of documents |
| 10/23/08 | Serve Preliminary Invalidity Contentions (Pat.L.R. 3-3 &4) by defendant and production of documents |
| 11/3/08 | Parties Exchange Proposed Terms & Claim Elements (Pat.L.R. 4-1) |
| 11/24/08 | Parties Exchange Preliminary Claim Construction & Extrinsic Evidence (Pat.L.R. 4-2) |
| 12/27/08 | File Joint Claim Construction & Prehearing Statement |
| 2/5/09 | Completion of Claim Construction Discovery (Pat.L.R. 4-4) |
| 3/6/09 | File Opening Brief on Claim Construction (Pat.L.R. 4-5) |
| 4/3/09 | File Responsive Brief on Claim Construction (Pat.L.R. 4-5) |
| 4/17/09 | Reply Brief on Claim Construction |
| December 12, 2008 @ 2:30 p.m. | Further Case Management Conference |
| April 29, 2009 [or date to be set by the Court] | Markman Hearing |

**SO ORDERED**

August ____, 2008

_____
Honorable Susan Illston
United States District Judge

STIPULATED REQUEST TO RESCHEDULE LITIGATION DATES       3       Case No. C-08-01072 SI