SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

*Attorneys for Plaintiff*
*PRIVASYS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC.<br><br>          Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>          Defendants. | Case No. C-08-01072 SI<br><br>**STIPULATED MOTION TO POSTPONE LITIGATION DATES AND PROPOSED ORDER** |

1   The parties wish to inform the Court that they have arrived at an agreement in principle
2   to settle this case, subject to execution of a final written settlement agreement. Therefore,
3   pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff PrivaSys, Inc. ("Plaintiff") and Defendants
4   American Express Company and American Express Travel Related Services Company, Inc.
5   ("Defendants"), hereby stipulate through their respective counsel of record as follows:

6   WHEREAS a Case Management Conference in this case was held on July 11, 2008;

7   WHEREAS, on July 18, 2008 the parties filed a stipulated request to extend litigation
8   dates, on the ground that the parties were engaged in settlement discussions, and the Court
9   granted the stipulated order on July 22;

10  WHEREAS the parties, having continued settlement discussions, have now reached an
11  agreement in principle to settle this case subject to execution of a final written settlement
12  agreement, and have begun working on preparing the necessary documentation;

13  WHEREAS the litigation dates next approaching under the current case schedule are:
14  August 11, 2008 for Disclosure of Asserted Claims and Preliminary Infringement Contentions
15  by plaintiff and production of documents, and September 25, 2008 to Serve Preliminary
16  Invalidity Contentions by defendants and production of documents; and

17  WHEREAS one previous extension of time has been granted in this case, as described
18  above, and no trial date has yet been set;

NOW THEREFORE the parties through their undersigned counsel hereby stipulate to, and request the Court to order, the continuance of litigation dates by four weeks as set forth in the proposed order attached hereto.

**IT IS SO STIPULATED**

DATED:  August 7, 2008                                HOSIE RICE LLP

                                                                      By:   /s/ George F. Bishop
                                                                                George F. Bishop

                                                                      *Attorneys for Plaintiff PrivaSys, Inc.*

DATED:  August 7, 2008                                KIRKLAND AND ELLIS LLP

                                                                      By:   /s/ Perry Clark
                                                                                Perry Clark

                                                                      *Attorneys for Defendant American Express Company and American Express Travel Related Services Company, Inc.*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:    August 7, 2008

                                                                           /s/ George F. Bishop
                                                                                George F. Bishop

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the compliance dates set forth in the Court's Order issued July 22, 2008, are continued to the dates set forth below.

| Date | Event |
|---|---|
| 9/8/08 | Disclosure of Asserted Claims and Preliminary Infringement Contentions (Pat.L.R. 3-1 &2) by plaintiff and production of documents |
| 10/10/08 @ 2:30 p.m. for further cmc re: settlement | |
| 10/23/08 | Serve Preliminary Invalidity Contentions (Pat.L.R. 3-3 &4) by defendant and production of documents |
| 11/3/08 | Parties Exchange Proposed Terms & Claim Elements (Pat.L.R. 4-1) |
| 11/24/08 | Parties Exchange Preliminary Claim Construction & Extrinsic Evidence (Pat.L.R. 4-2) |
| 12/27/08 | File Joint Claim Construction & Prehearing Statement |
| 2/5/09 | Completion of Claim Construction Discovery (Pat.L.R. 4-4) |
| 3/6/09 | File Opening Brief on Claim Construction (Pat.L.R. 4-5) |
| 4/3/09 | File Responsive Brief on Claim Construction (Pat.L.R. 4-5) |
| 4/17/09 | Reply Brief on Claim Construction |
| December 12, 2008 @ 2:30 p.m. | Further Case Management Conference |
| April 29, 2009 [or date to be set by the Court] | Markman Hearing |

**SO ORDERED**

August ____, 2008

_____
Honorable Susan Illston
United States District Judge