SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

*Attorneys for Plaintiff*
*PRIVASYS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC.<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>        Defendants. | Case No. C-08-01072 SI<br><br>**NOTICE OF SETTLEMENT AND STIPULATED MOTION TO VACATE LITIGATION DATES AND PROPOSED ORDER** |

1    The parties wish to inform the Court that they have now fully executed a final written

2    settlement agreement, which requires the parties to dismiss all claims and counterclaims in this

3    action.  Further, pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff PrivaSys, Inc. ("Plaintiff")

4    and Defendants American Express Company and American Express Travel Related Services

5    Company, Inc. ("Defendants"), hereby stipulate through their respective counsel of record as

6    follows:

7    WHEREAS the parties informed the Court on August 7, 2008, that they had reached an

8    agreement in principle to settle this case, and were working on finalizing a final written

9    agreement;

10    WHEREAS, the parties have now fully executed a final written settlement agreement;

11    WHEREAS, although the final settlement agreement provides for the filing of a

12    stipulated motion to dismiss this case in its entirety, the timing provided by the final agreement

13    is such that the filing of the motion for dismissal may occur as late as September 12, 2008,

14    whereas the deadline for plaintiff's preliminary infringement contentions is set to occur on

15    September 8, 2008.   There is no purpose to filing such contentions, because this case has been

16    settled; and

17    WHEREAS, Pursuant to the final settlement agreement, the parties anticipate that the

18    stipulated motion to dismiss will be filed no later than September 12, 2008.

19    NOW THEREFORE the parties through their undersigned counsel hereby stipulate to,

20    and request the Court to order, that all litigation dates be vacated.

21    **IT IS SO STIPULATED**

22    DATED:  September 3, 2008                    HOSIE RICE LLP

23                                                       By:  ___*/s/ George F. Bishop*_____

24                                                              George F. Bishop

25                                                       *Attorneys for Plaintiff PrivaSys, Inc.*

26

27

28

1    DATED:  September 3, 2008                    KIRKLAND AND ELLIS LLP

2                                                By:  __/s/ Perry Clark_____

3                                                         Perry Clark

4                                                *Attorneys for Defendant American Express*
                                                 *Company and American Express Travel*
5                                                *Related Services Company, Inc.*

6          I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic

7    filing of this document has been obtained from the other signatories.

8    DATED:    September 3, 2008

9                                                _____/s/ George F. Bishop_____

10                                                        George F. Bishop

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2

3       Pursuant to the stipulation of the parties, it is hereby ORDERED that all litigation dates

4   in this case are hereby vacated.

5   **SO ORDERED**

6

7   September ____, 2008                    _____

8                                           Honorable Susan Illston
                                            United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28