1  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (CA Bar No. 89205)
   gbishop@hosielaw.com
4  HOSIE RICE LLP
5  One Market, 22nd Floor
   San Francisco, CA 94105
6  (415) 247-6000 Tel.
7  (415) 247-6001 Fax

8  ROBERT J. YORIO (CA Bar No. 93178)
   yorio@carrferrell.com
9  CARR & FERRELL LLP
10 2200 Geng Road
   Palo Alto, CA 94303
11 (650) 812-3400 Tel.
   (650) 812-3444 Fax
12
13 *Attorneys for Plaintiff*
   *PRIVASYS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>Defendants. | Case No. C-08-01072 SI<br><br>**NOTICE OF SETTLEMENT AND STIPULATED MOTION TO VACATE LITIGATION DATES AND PROPOSED ORDER** |

1  The parties wish to inform the Court that they have now fully executed a final written
2  settlement agreement, which requires the parties to dismiss all claims and counterclaims in this
3  action.  Further, pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff PrivaSys, Inc. ("Plaintiff")
4  and Defendants American Express Company and American Express Travel Related Services
5  Company, Inc. ("Defendants"), hereby stipulate through their respective counsel of record as
6  follows:
7  WHEREAS the parties informed the Court on August 7, 2008, that they had reached an
8  agreement in principle to settle this case, and were working on finalizing a final written
9  agreement;
10  WHEREAS, the parties have now fully executed a final written settlement agreement;
11  WHEREAS, although the final settlement agreement provides for the filing of a
12  stipulated motion to dismiss this case in its entirety, the timing provided by the final agreement
13  is such that the filing of the motion for dismissal may occur as late as September 12, 2008,
14  whereas the deadline for plaintiff's preliminary infringement contentions is set to occur on
15  September 8, 2008.   There is no purpose to filing such contentions, because this case has been
16  settled; and
17  WHEREAS, Pursuant to the final settlement agreement, the parties anticipate that the
18  stipulated motion to dismiss will be filed no later than September 12, 2008.
19  NOW THEREFORE the parties through their undersigned counsel hereby stipulate to,
20  and request the Court to order, that all litigation dates be vacated.
21  **IT IS SO STIPULATED**
22  DATED:  September 3, 2008                             HOSIE RICE LLP

By:   _/s/ George F. Bishop_
             George F. Bishop

*Attorneys for Plaintiff PrivaSys, Inc.*

NOTICE OF SETTLEMENT AND STIPULATED              1                        Case No. C-08-01072 SI
MOTION TO VACATE LITIGATION DATES

| | | |
|---|---|---|
| 1 | DATED: September 3, 2008 | KIRKLAND AND ELLIS LLP |
| 2 | | By: ___/s/ Perry Clark_____ |
| 3 | | Perry Clark |
| 4 | | *Attorneys for Defendant American Express Company and American Express Travel Related Services Company, Inc.* |
| 5 | | |

6  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic

7  filing of this document has been obtained from the other signatories.

8  DATED:   September 3, 2008

9  
10                              _____/s/ George F. Bishop_____
                                     George F. Bishop

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that all litigation dates in this case are hereby vacated.

**SO ORDERED**

September  8  , 2008

___Wm. Alsup for_____
Honorable Susan Illston
United States District Judge