SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

Attorneys for Plaintiff
PRIVASYS, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>　　　　Defendants. | Case No. C-08-01072 SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Pursuant to an agreement of the parties dated August 29, 2008, the undersigned parties, through their respective counsel, hereby stipulate to dismissal of the above-captioned case in its entirety as follows:

1. All claims and counterclaims are dismissed with prejudice.

2. Each party shall bear its own costs of suit and attorneys' fees.

**IT IS SO STIPULATED**

DATED: September 11, 2008           HOSIE RICE LLP

                                    By:  __/s/ George F. Bishop_____
                                         George F. Bishop

                                    *Attorneys for Plaintiff PrivaSys, Inc.*


DATED: September 11, 2008           KIRKLAND AND ELLIS LLP

                                    By:  __/s/ Perry Clark_____
                                         Perry Clark
                                    KIRKLAND & ELLIS LLP
                                    950 Page Mill Road
                                    Palo Alto, CA 94303
                                    Office: 650 248 5817
                                    Email: pclark@kirkland.com
                                    *Attorneys for Defendant American Express Company and American Express Travel Related Services Company, Inc.*

I hereby attest that concurrence in the filing of this stipulation has been obtained for all signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Date: September 11, 2008            */s/ Perry Clark_____*
                                    Perry Clark

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/15/08   Wm. Alsup for

_____
The Honorable Susan Illston

STIPULATION OF DISMISSAL WITH PREJUDICE          2          CASE NO. C-08-01072 SI